UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAN GUERNIER,<br><br>                          Plaintiff,<br>v.<br>SILVERADO REAL ESTATE, LLC, et al.,<br><br>                          Defendants. | Case No. 2:14-cv-00221-JAD-PAL<br><br>ORDER<br><br>(Mot for SC – Dkt. #46) |

Before the court is Plaintiffs' Motion for Settlement Conference (Dkt. #46). No response was filed and the time for filing a response has now run.

Discovery in this case closed November 10, 2014. No dispositive motions were filed and the time for filing dispositive motions ran December 10, 2014. Thus, the deadline for the parties to submit the joint pretrial order is January 9, 2015. Once the pretrial order is filed with the court, the district judge will set the matter for trial and automatically refer this to the undersigned to conduct a settlement conference. The motion does not indicate whether the matter has been discussed with opposing counsel, or provide any reason for expedited treatment. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Settlement Conference is **DENIED as premature**. The matter will be set for settlement conference on the court's first available date once the pretrial order has been filed and the matter referred to me to set one.

DATED this 29th day of December, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE