**KYM SAMUEL CUSHING**
Nevada Bar No. 4242
**KEVIN S. SMITH**
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
kevin.smith@wilsonelser.com
Attorneys for Defendants
SILVERADO REAL ESTATE, LLC and CONAM MANAGEMENT CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN GUERNIER and JOHN GUERNIER, | CASE NO.: 2:14-cv-00221-JAD-PAL |
| Plaintiffs, | |
| vs. | |
| SILVERADO REAL ESTATE, LLC; CONAM MANAGEMENT CORPORATION; DOE GENERAL CONTRACTOR COMPANY AND/OR DOE SUBCONTRACTOR COMPANY; DOES II through V and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

### JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STATUS CHECK

The parties, by and through undersigned counsel, wish to advise the Court that they have reached a settlement in the above-captioned matter. Currently, the joint pre-trial order is due January 9, 2015. Due to the time needed to prepare settlement documents and effectuate settlement, the parties will be unable to submit a stipulation to dismiss prior to the date the joint pre-trial order is due. Therefore, the parties request that the deadline to submit the joint pre-trial order be vacated and this matter be scheduled for a status check on settlement in 60 days.

. . .

. . .

734272v.1

The parties anticipate that settlement will be completed and that a stipulation to dismiss will be filed prior to this time.

DATED this 9th day of January, 2015.                    DATED this 9th day of January, 2015.

**WILSON, ELSER, MOSKOWITZ,**                           **SIMON LAW**
**EDELMAN & DICKER LLP**


By_____                        By____/s/ BENJAMIN J. MILLER___
KYM S. CUSHING, ESQ.                                    DANIEL S. SIMON, ESQ.
KEVIN S. SMITH, ESQ.                                    BENJAMIN J. MILLER, Esq.
300 South Fourth Street, 11th Floor                     810 South Casino Center
Las Vegas, NV  89101                                    Las Vegas, NV  89101
**Attorneys for Defendants**                            **Attorneys for Plaintiff**
SILVERADO REAL ESTATE, LLC and                          JOAN GUERNIER
CONAM MANAGEMENT  CORPORATION

**IT IS ORDERED** that the parties shall have until March 3, 2015, to file a stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

DATED this 12th day of January, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

Page 2 of 2

734272v.1