**KYM SAMUEL CUSHING**
Nevada Bar No. 4242
**KEVIN S. SMITH**
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
kevin.smith@wilsonelser.com
Attorneys for Defendants
SILVERADO REAL ESTATE, LLC and CONAM MANAGEMENT CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN GUERNIER and JOHN GUERNIER,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVERADO REAL ESTATE, LLC;<br>CONAM MANAGEMENT CORPORATION;<br>DOE GENERAL CONTRACTOR COMPANY<br>AND/OR DOE SUBCONTRACTOR COMPANY;<br>DOES II through V and ROE CORPORATIONS<br>VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00221-JAD-PAL |

**JOINT STATUS REPORT REGARDING STATUS OF STIPULATION TO DISMISS**

The parties, by and through undersigned counsel, advised the Court that they had reached a settlement in the above-captioned matter on January 9, 2015.  At that time, the parties anticipated that the time needed to prepare settlement documents, effectuate the settlement and submit a stipulation to dismiss would be 60 days.  However, in finalizing the settlement agreement and release, the parties were unable to agree on the terms of the settlement agreement with an unreleased Medicare lien pending.  Counsel anticipates that the Medicare lien will be released and that the terms of the settlement agreement will be finalized within the next 60 days.

. . .

. . .

755057v.1

1  The parties anticipate that settlement will be completed and that a stipulation to dismiss will
2  be filed within the next 60 days.

3  DATED this 3rd day of March, 2015.                     DATED this 3rd day of March, 2015.

5  **WILSON, ELSER, MOSKOWITZ,**                          **SIMON LAW**
6  **ED ELMAN & DICKER LLP**

8  By _____                    By ___/s/ BENJAMIN J. MILLER___
   KYM S. CUSHING, ESQ.                                       DANIEL S. SIMON, ESQ.
9  KEVIN S. SMITH, ESQ.                                       BENJAMIN J. MILLER, Esq.
   300 South Fourth Street, 11th Floor                        810 South Casino Center
10 Las Vegas, NV 89101                                        Las Vegas, NV 89101
   **Attorneys for Defendants**                               **Attorneys for Plaintiff**
11 SILVERADO REAL ESTATE, LLC and                             JOAN GUERNIER
   CONAM MANAGEMENT CORPORATION

13  **IT IS ORDERED** that the parties shall file their Stipulation to Dismiss or a Joint
14  Status Report with the court advising when the stipulation to dismiss will be filed, no
15  later than **4:00 p.m. May 4, 2015.**

16  **DATED** this 4th day of March, 2015.

                                                            _____
18                                                          Peggy A. Leen
                                                            United States Magistrate Judge

755057v.1